**JS-6**

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, SOUTHERN DIVISION

| | |
|---|---|
| HAGEN, STREIFF, NEWTON & OSHIRO, ACCOUNTANTS, PC<br><br>Plaintiff,<br><br>v.<br><br>RICHARD AVERS,<br><br>Defendant.<br>_____<br><br>RICHARD AVERS, an Individual<br><br>Counterclaimant,<br><br>v.<br><br>HAGEN, STREIFF, NEWTON & OSHIRO, ACCOUNTANTS, PC, a California Corporation,<br><br>Counterdefendant. | Case No.  SACV 10- 00645 JVS(ANx)<br><br>ORDER DISMISSING LAWSUIT WITH PREJUDICE |

In accordance with the parties' settlement and November 23, 2010, Notice of Settlement and Request for Dismissal, IT IS HEREBY ORDERED THAT the entire lawsuit, including the counterclaims, is dismissed with prejudice, the Court

retaining jurisdiction to enforce the terms of the settlement agreement. Each party is responsible for its own costs and attorneys fees.

Date: 11/29/10 _____

_____
**JAMES V. SELNA**
United States District Court Judge
Central District of California